UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **CHRISTOPHER L. EARLY, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BEST BUY CO., INC.,**<br><br>**Defendant.** | Civ. Action No. 3:15-cv-549<br><br>Hon. Henry E. Hudson |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Christopher L. Early, ("Plaintiff"), by counsel, and Defendant Best Buy Co., Inc., ("Defendant"), by counsel, (collectively, "the Parties") hereby inform this Court that they have agreed to a settlement in principle, subject to a mutually acceptable written settlement agreement. The Parties jointly represent that an Order dismissing this action will be forthcoming.

WHEREFORE, in light of this Notice of Settlement, the Parties respectfully request that:

1. The Court strike the pretrial status conference scheduled for December 3, 2015; and

2. The Court strike the December 4, 2015 deadline for Defendant to answer, move against, or otherwise respond to Plaintiff's Complaint.

DATED: December 1, 2015

Respectfully submitted,

By: __/s/ Robert D. Perrow_____
Turner A. Broughton, Esq.
Robert D. Perrow, Esq.
Brendan O' Toole, Esq.
WILLIAMS MULLEN
200 South 10th Street, 16th Floor
Richmond, VA 23219
Phone: (804) 420-6000
tbroughton@williamsmullen.com
bperrow@williamsmullen.com
botoole@williamsmullen.com

*Attorneys for Plaintiff Christopher L. Early*


By: __/s/ Joseph D. Wilson_____
Joseph D. Wilson (VSB #43693)
Mindy B. Pava (*pro hac vice anticipated*)
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
Phone: (202) 342-8400
jwilson@kelleydrye.com
mpava@kelleydrye.com

David I. Zalman (*pro hac vice anticipated*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 808-7800
dzalman@kelleydrye.com

*Attorneys for Defendant Best Buy Co., Inc.*