UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CHRISTOPHER L. EARLY, individually and on
behalf of all others similarly situated,

Plaintiff

v.

BEST BUY CO., INC.,

Defendant.

Civ. Action No. 3:15-cv-549

Hon. Henry E. Hudson

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher L. Early and Defendant Best Buy Co., Inc., (collectively, "The Parties"), by undersigned counsel and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, jointly stipulate and agree that the above-captioned action, including all claims brought therein, is hereby dismissed in its entirety, with prejudice, each party to bear its own costs, including its own attorney's fees.

The Parties have reached a confidential settlement agreement and consent to this Court retaining jurisdiction only for the limited purpose of enforcing the settlement agreement.

This stipulation may be filed with the Clerk of Court without further notice or further proceedings.

Dated:  January 8, 2016

By:  ___/s/ Robert D. Perrow_____
Turner A. Broughton, Esq.
Robert D. Perrow, Esq.
Brendan O' Toole, Esq.
WILLIAMS MULLEN
200 South 10th Street, 16th Floor
Richmond, VA 23219
Phone: (804)  420-6000
tbroughton@williamsmullen.com
bperrow@williamsmullen.com
botoole@williamsmullen.com

*Attorneys for Plaintiff Christopher L. Early*

By:  ___/s/ Joseph D. Wilson_____
Joseph D. Wilson (VSB #43693)
Mindy B. Pava (*pro hac vice anticipated*)
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
Phone: (202) 342-8400
jwilson@kelleydrye.com
mpava@kelleydrye.com

David I. Zalman (*pro hac vice anticipated*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 808-7800
dzalman@kelleydrye.com

*Attorneys for Defendant Best Buy Co., Inc.*